Cornelius R. WOODS, Plaintiff—
Appellant,

v.

Steven HILL; Ralph Wylie; Doyle Cox; Curtis E. Smith; Sherman Smith; Gary Pegram; Shaundra Patterson; Beverly McClain; Donald Petrisko; William Myles; Luther Hill; Robert Hill; Dennis Hawkins; Kevin Kiddy; Todd Hill; Does 1–20, inclusively; Joseph Brooks, Defendants—Appellees,

v.

United States of America,
Movant—Appellee.

No. 05–6656.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Cornelius R. Woods, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelius R. Woods seeks to appeal the magistrate judge's order denying without prejudice Woods' motion for appointment of counsel in this *Bivens** action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Woods seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*